UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| GENE STANLEY | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| | ) | No. 3:06-CV-121 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| CNA INSURANCE COMPANY, et al. | ) | |
| | ) | |
| *Defendants*. | ) | |

## **ORDER**

Before the Court is Plaintiff Gene Stanley's ("Plaintiff") motion for voluntary dismissal or joinder of indispensable parties (Court File No. 14) as well as Plaintiff's motion to correct errors and omissions in his motion for voluntary dismissal or joinder of indispensable parties (Court File No. 13).[1] In both motions, Plaintiff requests a voluntary dismissal without prejudice because he has a terminal illness which prevents him from adequately representing himself in this matter. Plaintiff also moves, in the alternative, for (1) an order joining an indispensable party, (2) for an order staying the proceedings to allow substitute counsel to appear, and (3) an order allowing Plaintiff a reasonable time to file a brief in support of his motion (Court File Nos. 13 & 14). The Court **DENIES** each of these alternative motions in their entirety.

As to Plaintiff's motion for voluntary dismissal, the Court finds there are no counterclaims

---

[1] Plaintiff filed this motion in order to correct several errors and omissions which he discovered in his motion for voluntary dismissal.

asserted in this action (Court File No. 4), and Defendant(s)[2] have not filed a response nor any objections to Plaintiff's motion. Accordingly, the Court will exercise its discretion pursuant to FED. R. CIV. P. 41(a)(2) and hereby **DISMISSES** this action **WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** the case.

    **SO ORDERED.**

    **ENTER:**

    **/s/**
    **CURTIS L. COLLIER**
    **CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT

---

[2] There is a dispute between the parties concerning the identity of the Defendant(s) in this case. Defendant brought suit against CNA Insurance Company and Valley Forge Life Insurance Company in his Complaint (Court File No. 1 at Part 2); however, Valley Forge Life Insurance Company asserts it is the sole Defendant as CNA Insurance Company is not a legal entity, but a trade name it uses (Court File Nos. 1 at Part 1 & 4).